Michael E. Zeliger (SBN 271118)
michael.zeliger@klgates.com
Jackson Ho (SBN 270695)
jackson.ho@klgates.com
Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone: 650.798.6700
Facsimile:  650.798.6701

David A. Simons (*pro hac vice*)
david.simons@klgates.com
K&L GATES LLP
One Lincoln Street
Boston, MA  02111
Telephone: 617.261.3100
Facsimile:  617.261.3175

Attorneys for Defendants AUCTIVA CORPORATION and VENDIO SERVICES, INC.

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUCTION ACCELERATION CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>EBAY, INC., and AUCTIVA CORPORATION,<br><br>    Defendants. | Case No.   5:14-CV-04045 EJD<br>Case No.   5:14-CV-04046 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**<br><br>Date:      April 30, 2015<br>Time:      10:00 a.m.<br>Judge:     Hon. Edward J. Davila<br>Courtroom: 4 |
| AUCTION ACCELERATION CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>EBAY, INC., and VENDIO SERVICES, INC.,<br><br>    Defendants. | |

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT; CASE NO. 5:14-CV-04045 EJD AND 5:14-CV-04046 EJD**

1  Pursuant to Civ. L.R. 6-2, Plaintiff Auction Acceleration Corp. and Defendants eBay Inc.,
2  Auctiva Corporation, and Vendio Services, Inc. by and through their attorneys of record, enter into
3  this Stipulation and Proposed Order to Continue the Case Management Conference currently set for
4  Thursday, April 30, 2015 at 10:00 a.m. in Courtroom 4, on the 5th Floor of the above-captioned
5  court, before the Honorable Judge Edward J. Davila.

6  Plaintiff and Defendants have reached an agreement in principle to resolve all remaining
7  issues in the case including Plaintiff's claims for damages, royalties, and costs claimed in the lawsuit
8  against Defendants.  Accordingly, Defendants and Plaintiff have stipulated to continue the Case
9  Management Conference to provide the parties with sufficient time to document and finalize the
10 settlement agreement.

11 Defendant and Plaintiff request that the Court continue the Case Management Conference in
12 this matter to May 28, 2015 at 10:00 a.m., with joint case management statements to be filed with the
13 Court by May 21, 2015.  In the event settlement is reached by the parties and dismissals are filed with
14 the Court on or before May 28, 2015, the Case Management Conference will automatically be
15 removed from the Court's calendar.

16 **IT IS SO STIPULATED.**

17
18 Dated:  April 23, 2015                          By:   /s/ *Michael E. Zeliger*
                                                        Michael E. Zeliger
19                                                      David Simons
                                                        Jackson Ho
20                                                      Ranjini Acharya

21                                                      K&L GATES LLP

22                                                      Attorneys for Defendants AUCTIVA
                                                        CORPORATION and VENDIO SERVICES,
23                                                      Inc.

24
25
26
27
28

2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE PENDING SETTLEMENT; CASE NO. 5:14-CV-04045 EJD AND 5:14-CV-
04046 EJD**

| | |
|---|---|
| Dated:  April 23, 2015 | */s/ John V. Picone* <br> John V. Picone III, Bar No. 187226 <br> jpicone@hopkinscarley.com <br> Jennifer S. Coleman, Bar No. 213210 <br> jcoleman@hopkinscarley.com <br> Aleksandr Korzh, Bar No. 286613 <br> akorzh@hopkinscarley.com <br> HOPKINS & CARLEY <br> A Law Corporation <br> The Letitia Building <br> 70 South First Street <br> San Jose, CA 95113-2406 <br><br> Telephone: (408) 286-9800 <br> Facsimile: (408) 998-4790 <br> Attorneys for Defendant EBAY INC. |
| Dated: April 23, 2015 | */s/ Timothy Grochocinski* <br> W. Paul Schuck, (SBN 203717) <br> pschuck@bzbm.com <br> Sony B. Barari, (SBN 243379) <br> sbarari@bzbm.com <br> BARTKO, ZAMKEL, BUNZEL & MILLER <br> A Professional Law Corporation <br> One Embarcadero Center, Suite 800 <br> San Francisco, California 94111 <br> Telephone: (415) 956-1900 <br> Facsimile: (415) 956-1152 <br><br> Timothy E. Grochocinski (*pro hac vice*) <br> teg@innovalaw.com <br> Joseph P. Oldaker (*pro hac vice*) <br> joldaker@innovalaw.com <br> 15020 S. Ravinia Ave. Suite 29 <br> Orland Park, Illinois 60462 <br> Telephone: (708) 675-1975 <br> Facsimile: (708 (675-1786 <br><br> Attorneys for Plaintiff AUCTION ACCELERATION CORP. |

## **CERTIFICATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/).  I have on file records to support this concurrence for production for the Court if so ordered.

| | |
|---|---|
| Dated: April 23, 2015 | */s/ Ranjini Acharya* <br> Ranjini Acharya |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2      The Case Management Conference currently scheduled for April 30, 2015 is continued to
3  May 28, 2015 at 10:00 a.m.  In the event settlement is reached by the parties and dismissals are filed
4  with the Court on or before May 28, 2015, the Case Management Conference will automatically be
5  removed from the Court's calendar.

7  Date: 4/24/2015          By: _____
8                                                     Edward J. Davila
                                                   United States District Judge