1  Michael E. Zeliger (SBN 271118)
   michael.zeliger@klgates.com
2  Jackson Ho (SBN 270695)
   jackson.ho@klgates.com
3  Ranjini Acharya (SBN 290877)
   ranjini.acharya@klgates.com
4  K&L GATES LLP
   630 Hansen Way
5  Palo Alto, CA  94304
   Telephone: 650.798.6700
6  Facsimile:  650.798.6701

7  David A. Simons (*pro hac vice*)
   david.simons@klgates.com
8  K&L GATES LLP
   One Lincoln Street
9  Boston, MA  02111
   Telephone: 617.261.3100
10 Facsimile:  617.261.3175

11 Attorneys for Defendants AUCTIVA
   CORPORATION and VENDIO SERVICES, INC.
12
   [*Additional counsel listed on signature page*]
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17 | AUCTION ACCELERATION CORP.,           |
18 |                      Plaintiff,       | Case No.  5:14-CV-04045 EJD
   |                                       | Case No.  5:14-CV-04046 EJD
19 |           v.                          | **STIPULATION AND [PROPOSED]**
20 | EBAY, INC., and AUCTIVA CORPORATION,  | **ORDER TO FURTHER CONTINUE CASE**
   |                                       | **MANAGEMENT CONFERENCE**
21 |                      Defendants.      | **PENDING SETTLEMENT**
22 |                                       | Date:       May 28, 2015
   | AUCTION ACCELERATION CORP.,           | Time:       10:00 a.m.
23 |                                       | Judge:      Hon. Edward J. Davila
   |                      Plaintiff,       | Courtroom:  4
24 |
25 |           v.
26 | EBAY, INC., and VENDIO SERVICES, INC., |
27 |                      Defendants.      |
28

                                    1
**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE
MANAGEMENT CONFERENCE PENDING SETTLEMENT; CASE NO. 5:14-CV-04045
EJD AND 5:14-CV-04046 EJD**

1  Pursuant to Civ. L.R. 6-2, Plaintiff Auction Acceleration Corp. and Defendants eBay Inc.,
2  Auctiva Corporation, and Vendio Services, Inc. by and through their attorneys of record, enter into
3  this Stipulation and Proposed Order to Continue the Case Management Conference currently set for
4  Thursday, May 28, 2015 at 10:00 a.m. in Courtroom 4, on the 5th Floor of the above-captioned court,
5  before the Honorable Judge Edward J. Davila.

6  Plaintiff and Defendants previously reached an agreement in principle to resolve all remaining
7  issues in the case including Plaintiff's claims for damages, royalties, and costs claimed in the lawsuit
8  against Defendants.  Counsel for all parties have engaged in diligent efforts to reach a written
9  settlement agreement that resolves all remaining disputes in this case, but the parties have not yet
10 finalized the settlement agreement. Accordingly, Defendants and Plaintiff have stipulated to further
11 continue the Case Management Conference by one month, to provide the parties additional time to
12 seek to document and finalize the settlement agreement.

13 Defendant and Plaintiff request that the Court continue the Case Management Conference in
14 this matter to June 25, 2015 at 10:00 a.m., with joint case management statements to be filed with the
15 Court by June 18, 2015.  In the event settlement is reached by the parties and dismissals are filed with
16 the Court on or before June 25, 2015, the Case Management Conference will automatically be
17 removed from the Court's calendar.

18 **IT IS SO STIPULATED.**

20 Dated:  May 22, 2015                    By:  /s/ *Michael E. Zeliger*
                                                Michael E. Zeliger
                                                David Simons
                                                Jackson Ho
                                                Ranjini Acharya

                                                K&L GATES LLP

                                                Attorneys for Defendants AUCTIVA
                                                CORPORATION and VENDIO SERVICES,
                                                Inc.

2

**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE
MANAGEMENT CONFERENCE PENDING SETTLEMENT; CASE NO. 5:14-CV-04045
EJD AND 5:14-CV-04046 EJD**

| | | |
|---|---|---|
| 1 | Dated:  May 22, 2015 | */s/ Jennifer S. Coleman* |
| 2 | | John V. Picone III, Bar No. 187226 |
| | | jpicone@hopkinscarley.com |
| 3 | | Jennifer S. Coleman, Bar No. 213210 |
| | | jcoleman@hopkinscarley.com |
| 4 | | Aleksandr Korzh, Bar No. 286613 |
| | | akorzh@hopkinscarley.com |
| 5 | | HOPKINS & CARLEY |
| | | A Law Corporation |
| 6 | | The Letitia Building |
| | | 70 South First Street |
| 7 | | San Jose, CA 95113-2406 |
| 8 | | Telephone: (408) 286-9800 |
| | | Facsimile: (408) 998-4790 |
| 9 | | Attorneys for Defendant EBAY INC. |

Dated: May 22, 2015            */s/ Joseph P. Oldaker*
                                W. Paul Schuck, (SBN 203717)
                                pschuck@bzbm.com
                                Sony B. Barari, (SBN 243379)
                                sbarari@bzbm.com
                                BARTKO, ZAMKEL, BUNZEL & MILLER
                                A Professional Law Corporation
                                One Embarcadero Center, Suite 800
                                San Francisco, California 94111
                                Telephone: (415) 956-1900
                                Facsimile: (415) 956-1152

                                Timothy E. Grochocinski (*pro hac vice*)
                                teg@innovalaw.com
                                Joseph P. Oldaker (*pro hac vice*)
                                joldaker@innovalaw.com
                                15020 S. Ravinia Ave. Suite 29
                                Orland Park, Illinois 60462
                                Telephone: (708) 675-1975
                                Facsimile: (708 (675-1786

                                Attorneys for Plaintiff AUCTION
                                ACCELERATION CORP.

### **CERTIFICATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/).  I have on file records to support this concurrence for production for the Court if so ordered.

Dated: May 22, 2015            */s/ Ranjini Acharya*
                                Ranjini Acharya

3
**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE
MANAGEMENT CONFERENCE PENDING SETTLEMENT; CASE NO. 5:14-CV-04045
EJD AND 5:14-CV-04046 EJD**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Case Management Conference currently scheduled for May 28, 2015 is continued to June 25, at 10:00 a.m., with joint case management statements to be filed with the Court by June 18, 2015. In the event settlement is reached by the parties and dismissals are filed with the Court on or before June 25, 2015, the Case Management Conference will automatically be removed from the Court's calendar.

Date: 5/22/2015        By: _____
                            Edward J. Davila
                            United States District Judge