Michael E. Zeliger (SBN 271118)
michael.zeliger@klgates.com
Jackson Ho (SBN 270695)
jackson.ho@klgates.com
Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone: 650.798.6700
Facsimile:  650.798.6701

David A. Simons (*pro hac vice*)
david.simons@klgates.com
K&L GATES LLP
One Lincoln Street
Boston, MA  02111
Telephone: 617.261.3100
Facsimile:  617.261.3175

Attorneys for Defendants AUCTIVA CORPORATION and VENDIO SERVICES, INC.

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUCTION ACCELERATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> EBAY, INC., and AUCTIVA CORPORATION, <br><br> Defendants. | Case No.   5:14-CV-04045 EJD <br> Case No.   5:14-CV-04046 EJD <br><br> **STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT** <br><br> Date:  June 25, 2015 <br> Time:  10:00 a.m. <br> Judge:  Hon. Edward J. Davila <br> Courtroom: 4 |
| AUCTION ACCELERATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> EBAY, INC., and VENDIO SERVICES, INC., <br><br> Defendants. | |

1

**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT; CASE NO. 5:14-CV-04045 EJD AND 5:14-CV-04046 EJD**

1  Pursuant to Civ. L.R. 6-2, Plaintiff Auction Acceleration Corp. and Defendants eBay Inc., Auctiva Corporation, and Vendio Services, Inc. by and through their attorneys of record, enter into this Stipulation and Proposed Order to Continue the Case Management Conference currently set for Thursday, June 25, 2015 at 10:00 a.m. in Courtroom 4, on the 5th Floor of the above-captioned court, before the Honorable Judge Edward J. Davila.

Plaintiff and Defendants previously reached an agreement in principle to resolve all remaining issues in the case including Plaintiff's claims for damages, royalties, and costs claimed in the lawsuit against Defendants.  Counsel for all parties have engaged in diligent efforts to reach a written settlement agreement that resolves all remaining disputes in this case, but the parties have not yet finalized the settlement agreement. Accordingly, Defendants and Plaintiff have stipulated to a short further continuance of the Case Management Conference by two weeks, to provide the parties additional time to seek to document and finalize the settlement agreement.

Defendant and Plaintiff request that the Court continue the Case Management Conference in this matter to July 9, 2015 at 10:00 a.m., with joint case management statements to be filed with the Court by July 2, 2015.  In the event settlement is reached by the parties and dismissals are filed with the Court on or before July 9, 2015, the Case Management Conference will automatically be removed from the Court's calendar.

**IT IS SO STIPULATED.**

Dated:  June 18, 2015                             By:    /s/ *Michael E. Zeliger*
                                                                     Michael E. Zeliger
                                                                     David Simons
                                                                     Jackson Ho
                                                                     Ranjini Acharya

                                                                     K&L GATES LLP

                                                                     Attorneys for Defendants AUCTIVA CORPORATION and VENDIO SERVICES, Inc.

| | | |
|---|---|---|
| 1 | Dated:  June 18, 2015 | */s/ Jennifer S. Coleman* |
| 2 | | John V. Picone III, Bar No. 187226 |
| | | jpicone@hopkinscarley.com |
| 3 | | Jennifer S. Coleman, Bar No. 213210 |
| | | jcoleman@hopkinscarley.com |
| 4 | | Aleksandr Korzh, Bar No. 286613 |
| | | akorzh@hopkinscarley.com |
| 5 | | HOPKINS & CARLEY |
| | | A Law Corporation |
| 6 | | The Letitia Building |
| | | 70 South First Street |
| 7 | | San Jose, CA 95113-2406 |
| 8 | | Telephone: (408) 286-9800 |
| | | Facsimile: (408) 998-4790 |
| 9 | | Attorneys for Defendant EBAY INC. |

Dated: June 18, 2015                 */s/ Timothy Grochocinski*
　　　　　　　　　　　　　　　　W. Paul Schuck, (SBN 203717)
　　　　　　　　　　　　　　　　pschuck@bzbm.com
　　　　　　　　　　　　　　　　Sony B. Barari, (SBN 243379)
　　　　　　　　　　　　　　　　sbarari@bzbm.com
　　　　　　　　　　　　　　　　BARTKO, ZAMKEL, BUNZEL & MILLER
　　　　　　　　　　　　　　　　A Professional Law Corporation
　　　　　　　　　　　　　　　　One Embarcadero Center, Suite 800
　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　Telephone: (415) 956-1900
　　　　　　　　　　　　　　　　Facsimile: (415) 956-1152

　　　　　　　　　　　　　　　　Timothy E. Grochocinski (*pro hac vice*)
　　　　　　　　　　　　　　　　teg@innovalaw.com
　　　　　　　　　　　　　　　　Joseph P. Oldaker (*pro hac vice*)
　　　　　　　　　　　　　　　　joldaker@innovalaw.com
　　　　　　　　　　　　　　　　15020 S. Ravinia Ave. Suite 29
　　　　　　　　　　　　　　　　Orland Park, Illinois 60462
　　　　　　　　　　　　　　　　Telephone: (708) 675-1975
　　　　　　　　　　　　　　　　Facsimile: (708 (675-1786

　　　　　　　　　　　　　　　　Attorneys for Plaintiff AUCTION
　　　　　　　　　　　　　　　　ACCELERATION CORP.

### **CERTIFICATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/).  I have on file records to support this concurrence for production for the Court if so ordered.

Dated: June 18, 2015                 */s/ Ranjini Acharya*
　　　　　　　　　　　　　　　　Ranjini Acharya

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Case Management Conference currently scheduled for June 25, 2015 is continued to July 9, 2015, at 10:00 a.m., with joint case management statements to be filed with the Court by July 2, 2015. In the event settlement is reached by the parties and dismissals are filed with the Court on or before July 9, 2015, the Case Management Conference will automatically be removed from the Court's calendar.

Date: 6/19/2015     By: _____
                        Edward J. Davila
                        United States District Judge

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT; CASE NO. 5:14-CV-04045 EJD AND 5:14-CV-04046 EJD